IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY STARK,

    **Plaintiff,**

v.                      Case No. 1:17cv64-MW/GRJ

LEVY COUNTY SHERIFF, et al.,

    **Defendants.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 8. Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 5, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on April 10, 2017.**

                                            **s/Mark E. Walker          **
                                            **United States District Judge**